FILED

07/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0586

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0586

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JACOB CHRISTIAN PALMER,

Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including August 26, 2023, within which to prepare, file, and serve the State's response brief.

CL

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 21 2023